**Dismissed and Memorandum Opinion filed December 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00911-CR

---

### DONALD WAYNE HEROD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Cause No. 476691

---

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal of the trial court's order denying appellant's "Motion for Leave to File Motion for an Appeal."

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). According to the record

filed with this court appellant was convicted on September 8, 1987, after pleading guilty to driving while intoxicated. The record does not reflect whether appellant appealed his conviction.

The denial of a motion for leave to file a motion for an appeal is not a separately appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).